UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BLANCA F FRANCO,<br><br>　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 3:11-CV-05715-RJB-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 2, 2012, to file Defendant's responsive brief;

- Plaintiff shall have up to and including March 16, 2012, to file a reply brief; and

- Oral argument, if desired, shall be requested by March 23, 2012.

DATED this 3rd day of February 2012.

　　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge