UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BLANCA F. FRANCO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO. 11-cv-05715 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation (Dkt. 25);

　　(2)　The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration;

　　(3)　**JUDGMENT** for plaintiff and the case should be closed; and

　　(4)　The Clerk is directed to send copies of this Order to counsel of record.

Dated this 6th day of August, 2012.

　　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1